IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Judy Ungar,                                            :
                                                       :
       Plaintiff(s),                               :
                                                       :  Case Number: 1:14cv539
   vs.                                                 :
                                                       :  Judge Susan J. Dlott
Commissioner of Social Security,                       :
                                                       :
       Defendant(s).                               :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman filed on July 29, 2015(Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 17, 2015, hereby ADOPTS said Report and Recommendations.

Accordingly, the decision of the Commissioner to deny Plaintiff's SSI benefits is AFFIRMED because it is supported by evidence in the record as a whole.

As no further matters remain pending for the Court's review, this case is CLOSED.

IT IS SO ORDERED.


                                                       ___s/Susan J. Dlott_____
                                                       Judge Susan J. Dlott
                                                       United States District Court